EXHIBIT A

1
2  RICHARD ALEXANDER, Cal. Bar #48432
   JEFFREY W/ RICKARD, Cal. Bar #125180
3  RYAN M. HAGAN, Cal Bar #200850
   ALEXANDER, HAWES & AUDET, LLP
4  152 North Third Street, Suite 600
   San Jose, CA 95112                          E-Filed 8/11/2005
5  Telephone: (408) 289-1776
   Facsimile:  (408) 287-1776
6  **Attorneys for Plaintiff(s)**

7  RANDALL C. CREECH, Cal. Bar #65542
   CREECH, LIEBOW & KRAUS
8  333 West San Carlos Street
   Suite 1600
9  San Jose, CA 95110
   Telephone: (408) 993-9911
10 Facsimile:  (408) 993-1335

11
   THOMAS M. CARNEY, admitted *pro hac vice*
12 CAROL A. RUTTER, admitted *pro hac vice*
   HUSCH & EPPENBERGER, LLC
13 190 Carondelet Plaza, Suite 600
   St. Louis, MO 63105-3441
14 Telephone: (314) 480-1500
   Facsimile:  (314) 480-1505
15 **Attorneys for Defendant Olin Corporation**

16                    UNITED STATES DISTRICT COURT
17          NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

18 | EUFEMIA ANACLETO AND              ) | Case No.: C 03-01842 RMW
19 | VIRGINIA ANACLETO, individually   )
   | and as TRUSTEES of the PACITA G.  ) | **STIPULATION FOR DISMISSAL WITH
   | ANACLETO IRREVOCABLE              ) | PREJUDICE OF DEFENDANT OLIN
20 | TRUST,                            ) | CORPORATION BY PLAINTIFFS
21 |                                   ) | EUFEMIA ANACLETO AND VIRGINIA
   |         Plaintiffs,               ) | ANACLETO, individually and as
22 |                                   ) | TRUSTEES of the PACITA G.
   | v.                                ) | ANACLETO IRREVOCABLE TRUST**
23 |                                   )
24 | OLIN CORPORATION, et al.,
25 |         Defendants.

26 _____
27
28

2056004.01

Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs
Eufemia Anacleto and Virginia Anacleto, Individually and as Trustees of the Pacita G.
Anacleto Irrevocable Trust - 1

1  Pursuant to Fed.R.Civ.P. 41(a)(2), Plaintiffs Eufemia Anacleto and Virginia
2  Anacleto, individually, and as Trustees of the Pacita G. Anacleto Irrevocable Trust, and
3  Defendant Olin Corporation hereby request that this Court, pursuant to Fed. R. Civ. P.
4  41(a)(2), enter an Order dismissing with prejudice all claims asserted by Plaintiffs Eufemia
5
6  Anacleto and Virginia Anacleto, individually and as Trustees of the Pacita G. Anacleto
7  Irrevocable Trust, as to defendant Olin Corporation. All parties to bear their own costs and
8  legal fees incurred to date in this action.
9  Dated:  8/4/05

11  Respectfully submitted,

14  ALEXANDER, HAWES & AUDET, LLP

    By: _____
        RICHARD D ALEXANDER, Cal. Bar #48432
        JEFFREY W/ RICKARD, Cal. Bar #125180
        RYAN M. HAGAN, Cal Bar #200850
        152 North Third Street, Suite 600
        San Jose, CA 95112
        Telephone:  (408) 289-1776
        Facsimile:   (408) 287-1776

    Attorneys for Plaintiffs Eufemia Anacleto and
    Virginia Anacleto, individually and as Trustees of the
    Pacita G. Anacleto Irrevocable Trust

    HUSCH & EPPENBERGER, LLC

    By:   /s/ Carol A. Rutter
        THOMAS M. CARNEY, admitted *pro hac vice*
        CAROL A. RUTTER, admitted *pro hac vice*
        190 Carondelet Plaza, Suite 600
        St. Louis, MO  63105-3441
        Telephone:  (314) 480-1500
        Facsimile:   (314) 480-1505

        RANDALL C. CREECH, Cal. Bar #65542
        CREECH, LIEBOW & KRAUS
        333 West San Carlos Street
        Suite 1600
        San Jose, CA  95110

2056004.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs Eufemia Anacleto and Virginia Anacleto, Individually and as Trustees of the Pacita G. Anacleto Irrevocable Trust - 2**



Telephone: (408) 993-9911
Facsimile: (408) 993-1335

Attorneys for Defendant Olin Corporation

2056004.01

Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs Eufemia Anacleto and Virginia Anacleto, Individually and as Trustees of the Pacita G. Anacleto Irrevocable Trust - 3

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| EUFEMIA ANACLETO AND VIRGINIA ANACLETO, INDIVIDUALLY, AND AS TRUSTEES OF THE PACITA G. ANACLETO IRREVOCABLE TRUST<br><br>Plaintiffs,<br><br>v.<br><br>OLIN CORPORATION, et al.,<br><br>Defendants. | Case No.: C 03-01842 RMW<br><br>**ORDER DISMISSING WITH PREJUDICE DEFENDANT OLIN CORPORATION BY PLAINTIFFS EUFEMIA ANACLETO AND VIRGINIA ANACLETO, INDIVIDUALLY, AND AS TRUSTEES OF THE PACITA G. ANACLETO IRREVOCABLE TRUST** |

THIS MATTER coming on the motion of Plaintiffs Eufemia Anacleto and Virginia Anacleto, individually, and as Trustees of the Pacita G. Anacleto Irrevocable Trust and Defendant Olin Corporation, for an order of dismissal with prejudice against the defendant OLIN CORPORATION, pursuant to Fed. R. Civ. P. 41(a)(2):

IT IS HEREBY ORDERED

The claims of Plaintiffs Eufemia Anacleto and Virginia Anacleto, individually, and as Trustees of the Pacita G. Anacleto Irrevocable Trust, against Defendant Olin Corporation are dismissed with prejudice, pursuant to Fed. R. Civ. Pro. 41(a)(2). Each party shall bear their own costs and legal fees incurred to date in this action.

SO ORDERED:

AUG 1 1 2005


Ronald M. Whyte

2056004.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs Eufemia Anacleto and Virginia Anacleto, Individually and as Trustees of the Pacita G. Anacleto Irrevocable Trust - 4**